UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> $90,150.00 IN U.S. CURRENCY, § <br> § <br> $73,474.00 IN U.S. CURRENCY, § <br> § <br> $22,400.00 IN U.S. CURRENCY, and § <br> Defendants. § | C.A. NO. 4:20-cv-03256 |

### ANTHONY HUTCHISON'S
### CLAIM UNDER SUPPLEMENTAL RULE FOR ASSET FORFEITURE ACTIONS G(5)(a) AS TO $73,474.00 AND $22,400.00

Pursuant to Supplemental Rule for Asset Forfeiture Actions G(5)(a), Anthony Hutchison files this claim as to the $73,474.00 described in paragraph 4 of the complaint in this matter (Dkt. 1) and the $22,400.00 described in paragraph 5 of the complaint in this matter (Dkt. 1), and would respectfully show as follows:

### CLAIM

1. **Identity of the Specific Property Claimed (Fed. R. Civ. P. Supp. R. G(5)(a)(i)(A)):** The specific property in which Mr. Hutchison asserts an interest is the following property, as described in paragraphs 4 and 5 of the Complaint (Dkt. 1):

    a. The Second Defendant Property, $73,474.00 in U.S. Currency, seized on or about February 27, 2020, from Mr. Hutchison's residence and

    b. The Third Defendant Property, $22,400.00 in U.S. Currency seized on or about February 27, 2020, from Mr. Hutchison's vehicle.

2. **Identity of the Claimant and the Claimant's interest in the property (Fed. R. Civ. P. Supp. R. G(5)(a)(i)(B)):**

    a. The claimant is Anthony Hutchison.

    b. Mr. Hutchison's interest in the property described above is that he owns it, and the property was seized from his home and from his car.

Dated:  September 24, 2020

Respectfully submitted,

  /s/ Russell Hardin, Jr.
Russell Hardin, Jr.
Federal I.D. No. 19424
*Attorney-in-Charge*

OF COUNSEL:
RUSTY HARDIN & ASSOCIATES, LLP
John MacVane
Federal I.D. No. 2209776
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone:  (713) 652-9000
Facsimile:  (713) 652-9800
Email:  rhardin@rustyhardin.com
Email:  jmacvane@rustyhardin.com

**ATTORNEYS FOR
ANTHONY HUTCHISON**

## CERTIFICATE OF SERVICE

I hereby certify that, on September 24, 2020, a true and correct copy of the above pleading filed via the CM/ECF system which served the document on all counsel of record. The document was also served by email on Assistant United States Attorney Kristine Rollinson.

  /s/ John MacVane
JOHN MACVANE

## VERIFICATION

My name is Anthony Hutchison. I declare under penalty of perjury under the laws of the United States of America that the facts stated in *Anthony Hutchison's Claim under Supplemental Rule for Asset Forfeiture Actions G(5)(a) as to $73,474.00 and $22,400.00*, the foregoing pleading, are within my personal knowledge and are true and correct.

Executed on September 24, 2020.

_____
ANTHONY HUTCHISON