USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 4:20-CV-03256  JDIS #1 - RNR |
| **DEFENDANT** $90,150.00 U.S. currency; $73,474.00 U.S. currency; & $22,400.00 U.S. currency | **TYPE OF PROCESS** Warrant of Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U. S. Marshals Service- Asset Forfeiture Division
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
515 Rusk Avenue, Room 10220, Houston, TX 77002

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kristine E. Rollinson
Assistant United States Attorney
1000 Louisiana Ste. 2300
Houston, Texas 77002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please execute the attached Warrant of Arrest in Rem for the Defendants.
20-FBI-002866, 20-FBI-002867, 20-FBI-002868

United States Courts
Southern District of Texas
FILED
OCT 29 2020
David J. Bradley, Clerk of Court

Signature of Attorney other Originator requesting service on behalf of:  *K Rollinson*   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 713-567-9385   DATE: 10/27/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk *Ricky Rodriguez* | Date 10/27/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 10/29/2020   Time: 2:09 ☒ pm
Signature of U.S. Marshal or Deputy: *Nannie Nelson #30207*

| Service Fee 65.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges 65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

EXECUTED ACCORDING TO LAW

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# WARRANT OF ARREST IN REM

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

### Civil Docket No. 4:20-cv-3256

To the U.S. Marshal of the Southern District of Texas or any designated agent:

**WHEREAS**, on September 18, 2020, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas by RYAN K. PATRICK, United States Attorney for said district, seeking the forfeiture of the following property to the United States:

> $90,150.00, $73,474.00, and $22,400.00 in U.S. Currency seized on or about February 27, 2020 in Houston, Texas. The property is in the custody of the U.S. Marshals Service.

**YOU ARE COMMANDED** to arrest the property described above and to detain it in your custody until further order of this Court. The United States shall give notice by publication through the internet at www.forfeiture.gov to all persons who may claim an interest in the property that they must file a verified claim within sixty (60) days from the first day of publication pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days of the filing of a claim. Note the execution below and return this warrant to the Court.

| CASE ASSIGNED TO:<br>JUDGE HANEN | UNITED STATES DISTRICT JUDGE AT:<br>HOUSTON, TEXAS |
|---|---|
| DATE:<br>10/26/2020 | CLERK: Clerk of the Court<br>BY DEPUTY CLERK: _[signature]_ |

**RETURN**

| DISTRICT:<br>SDTX | DATE WARRANT EXECUTED<br>10/29/2020 |
|---|---|
| U.S. MARSHALS SERVICE | BY DEPUTY MARSHAL<br>_Shanae M. Nelson_ |