UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$90,150.00 IN U.S. CURRENCY,<br><br>$73,474.00 IN U.S. CURRENCY,<br><br>$22,400.00 IN U.S. CURRENCY,<br>    Defendants. | § § § § § § § § § § § §   C.A. NO. 4:20-cv-03256 |

## **ORDER**

Pending before the Court is the United States' opposed second motion to extend stay of civil forfeiture case (doc. 22). Upon due consideration, the motion is hereby DENIED.

Signed this ____ day of September 2021.

_____
Andrew S. Hanen
United States District Judge