UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States of America

v.                                                                    Case Number: 4:20−cv−03256

$90,150.00, et al.

---

## NOTICE OF RESETTING

**A proceeding has been set in this case as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/17/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Notice of Setting – #25

---

Date: November 24, 2021                                               Nathan Ochsner, Clerk