UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-03256 |
| $90,150.00 IN U.S. CURRENCY | § § | |
| $73,474.00 IN U.S. CURRENCY | § § | |
| $22,400.00 IN U.S. CURRENCY    Defendants. | § § | |

ORDER

Claimant Brian Busby's motion to dismiss the complaint is granted. The complaint therefore is dismissed and the property which is the subject of his claim is ordered to be returned to him within three days of the date this order is signed.

Signed the ____ of _____, 2022

_____
UNITED STATES DISTRICT JUDGE