Case 4:20-cv-03256 Document 22 Filed on 05/11/23 in TXSD Page 1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>4:20-CV-3256 ~~# 1-2~~ |
| DEFENDANT<br>$73,474.00 and $22,400.00 in U.S. Currency | TYPE OF PROCESS<br>Release of seized funds |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U. S. Marshals Service

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
515 Rusk, Room 10220, Houston, TX 77002

*United States Courts*
*Southern District of Texas*
**FILED**
MAY 11 2023
*Nathan Ochsner, Clerk of Court*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Kristine Rollinson<br>Assistant United States Attorney<br>1000 Louisiana, Suite 2300<br>Houston, Texas 77002 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                      Fold

Please release $73,474.00 (Asset ID 20-FBI-002867) and $22,400.00 (Asset ID 20-FBI-002866) back to Anthony Hutchison, who is represented by attorney John MacVane.

| Signature of Attorney other Originator requesting service on behalf of:<br>*K. Rollinson* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>713-567-9385 | DATE<br>4/26/23 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 79 | No. 79 | *Sarah Hardcastle* | 4/26/23 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | |
|---|---|---|---|
| | 5/9/23 | 3:00 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy
*Luis Moya*

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | |

REMARKS:
Disposed of property in accordance to law.

PRINT 5 COPIES: 
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00